(INND Rev. 4/24)

page 1
-FILED-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

JUL 11 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

Arryn Morris ,

[You are the **PLAINTIFF**, print your full name on this line.]

v.

Preston pointe at Inverness
Now DBA "The Marlowe" ,

[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**1 : 2 5 C V 3 9 0**

Case Number _____

[For a new case in this court, leave blank.
The court will assign a case number.]

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Preston Pointe Apartments | 8075 Preston Pointe Drive Ft Wayne In 46804 |
| 2 | [Put the names of any other defendants in these boxes.] | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __1__

2. What is your address? __1714 Freedom Drive Ft Wayne In 46814__

3. What is your telephone number: (260) __416-2041__

4. Have you ever sued anyone for these exact same claims?

⊗ No.

◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

(INND Rev. 4/24)                                                                      page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. During my tenancy at 7811 Preston Pointe Dr. It was no r On 46804 beginning June 16, 2021 We were met with issues from Standing water upon entry, Violent upstairs neighbors, hidden mold behind fake wall panels under sinks + inattentive uncaring maintenance, site staff + corporate culture.

2) We asked for help so many times it became a monthly if not bimonthly ritual only to see requests removed from app, claimed someone fixed or wrote in process or ordering parts. None of which were true when it came to the gross misconduct + neglect of property when dealing with mold + mold concerns.

3) Other issues arose such as waiting over 4 months to fix hole in bathroom ceiling from upper neighbor overflowing tub + ceiling finally falling into tub.

4) Only when Code enforcement became involved did we ever get any minimal resolution.

5) After Code became involved the company began harassment, discriminatory practices in writing fake violations without proof of said acts.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

7) My son fell and injured his arm + broke his phone + we wrote complaint in office — no one ever reimbursed only said the attorney was working on it in Feb. 2023

8) I fell on broken sidewalk + broke my rib. I wrote complaint, nothing was ever done to make whole or for pain + suffering.

9) In Dec 2023 I finally moved to new unit upstairs. I asked to have downstairs unit as I have significant disabilities where my joints dislocate + I easily break bones. My accommodation was denied.

10) I was charged pet fees for my emotional support animals suddenly 2 years into base having deposits removed from bank + monthly fees assessed.

11) When finally moved to new unit they promised to physically move my things due to disability, the fact it was their fault + that I'd fallen on broken sidewalk. They withdrew that offer at the last moment leaving me with stacked boxes in the old unit full of mold under the sinks.

12) I have video of the mold issue — mold lab testing that proves toxic mold of 3 kinds

13) Only at this point were they willing to address changing my unit,

14) *Asked 2 letters from the Primary Physician asking to move us for our physical + mental health they refused

15) I had 2 letters from an attorney asking for accomodations + they refused

16) Their attorney in Court on a Seperate matter Aug 22, 2023 Stated they were moving me to mold free unit — more than a year later I was still fighting to get that.

17) The company Staff followed me walking my dogs on site

18) They brought in Staff from Indy to do exit walkthroughs + entrys in 2nd unit — this is not normal.

19) Shorting my lease + refusing to fix to FWHA Standard effectively voided my housing + Created a Situation where I would have to pay full market value or be evicted.

20) They blocked my payments in app + I had no Choice but to leave + Settle this in court later

(INND Rev. 4/24)                                                                                          page 3

Claims and Facts (continued)

5) There was a planned campaign to have us transferred due to mold begrudgingly only to make us be forced out after + they completed that plan which I have in text among group chat of staff. This is a pattern at this company

6) Corporate removed my ride (non-official), made special requests of myself + my son, made special trips from Corby for myself + my son, banished us from speaking to residents, entering office + banned certain friends from supporting us at our unit

RELIEF – If you win this case, what do you want the court to order the defendant to do?
I am asking for 75,000 in damages. I will add to the exhibits + ammend complaint as injuries allow. I have a new auto immune disorder due to mold exposure over long term. I have CPTSD from intentional infliction of emotional distress of the way we begged for help.

FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $405.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

_____ I will keep a copy of this complaint for my records.

_____ I will promptly notify the court of any change of address.

_____ I declare **under penalty of perjury** that the statements in this complaint are true.

Signature _____        Date 7/11/2025

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]